# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARK S. LEWIS                                                                                               PLAINTIFF

v.                                             No. 3:17CV00206-JLH

CRAIGHEAD MEDICAL                                                                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 10th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE